UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>   Plaintiff,<br><br>   vs.<br><br>MANMOHAN K. WIG, WIG PROPERTIES, LLC , AND DOES 1-50,<br><br>   Defendants. | Case No:  C 10-0072 SBA<br><br>**ORDER RE PENDING MOTIONS** |

The Court has determined that no argument is necessary to resolve Defendants' Motion for Summary Judgment and Dismissal of Plaintiff's Claims (Docket 41) and Motion for Order Finding Plaintiff a Vexatious Litigant (Docket 42).  See Fed.R.Civ.P. 72(b).  Briefing on these motions is closed and the Court will not consider any further filings relating to the motions absent prior leave of Court.  Civ. L.R. 7-3(d).  Any unauthorized filings will be stricken from the record and the violating party may be subject to sanctions.  The hearing on the foregoing motions scheduled for June 29, 2010 is VACATED.

   IT IS SO ORDERED.

Dated: June 23, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

  v.

WIG et al,

        Defendant.
                                 /

Case Number: CV10-00072 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Federal Detention Center
5675 - 8th Street
Camp Parks
Dublin, CA 94568

Dated: June 24, 2010

                                       Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk