UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANMOHAN K. WIG, WIG PROPERTIES, LLC , AND DOES 1-50,<br><br>    Defendants. | Case No: C 10-0072 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |

    Plaintiff Lal Bhatia ("Bhatia"), who is presently incarcerated and under the custody of the Bureau of Prisons, brings the instant pro se action against Manmohan K. Wig and Wig Properties, LLC, alleging federal claims for violation of the Racketeer Influenced Corrupt and Organization Act ("RICO"), 18 U.S.C. § 1962(c), (d), conspiracy to violate RICO, 18 U.S.C. § 1962(d), and state law causes of action for fraud, abuse of process and intentional interference with prospective economic advantage.

    Bhatia has filed a "Motion for Expedited Discovery" in which he seeks to compel Defendants "to provide Plaintiff with the names, addresses and telephone numbers for DOES 1-50, prior to the meeting and conference of the parties to this action, as required by FRCP. Rule 26(f)." Docket 23. However, the initial disclosure and conference requirements under Rule 26 do not apply to this case. See Fed.R.Civ.P. 26(a)(1)(B) ("an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision" is a "proceeding exempted from initial disclosure"). To the extent that Bhatia's motion is construed as a motion to compel under Rule 37, there is no

indication that Bhatia served any actual discovery requests upon Defendants or that he met and conferred with them prior to filing this motion.  Accordingly,

    IT IS HEREBY ORDERED THAT Bhatia's Motion for Expedited Discovery is DENIED.  This Order terminates Docket 23.

    IT IS SO ORDERED.

Dated: 9/1/10

                                          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

  v.

WIG et al,

        Defendant.
_____/

Case Number: CV10-00072 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Federal Detention Center
5675 - 8th Street
Camp Parks
Dublin, CA 94568

Dated: September 2, 2010

                                Richard W. Wieking, Clerk

                                By: LISA R CLARK, Deputy Clerk