UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MANMOHAN K. WIG, WIG PROPERTIES, LLC , AND DOES 1-50,<br><br>            Defendants. | Case No:  C 10-0072 SBA<br><br>**JUDGMENT** |

In accordance with the Court's order granting Defendants' motion for summary judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: September 13, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

 v.

WIG et al,

        Defendant.
                                        /

Case Number: CV10-00072 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Federal Detention Center
5675 - 8th Street
Camp Parks
Dublin, CA 94568

Dated: September 14, 2010
                                    Richard W. Wieking, Clerk

                                    By: LISA R CLARK, Deputy Clerk