UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANMOHAN K. WIG, WIG PROPERTIES, LLC , AND DOES 1-50,<br><br>    Defendants. | Case No: C 10-0072 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

On September 2, 2010, the Court denied Plaintiff's motion for expedited discovery. On September 10, 2010, Plaintiff filed a motion for leave to file a motion for reconsideration. The Court subsequently granted Defendants' motion for summary judgment and entered judgment for Defendants on September 14, 2010. On September 20, 2010, Plaintiff filed a notice of appeal from the judgment, as well as the Court's order denying Plaintiff's motion for expedited discovery.

Generally, a district court is divested of jurisdiction once a notice of appeal is filed. Davis v. Yageo Corp., 481 F.3d 661, 685 (9th Cir. 2007). However, a notice of appeal does not divest the district court of jurisdiction if at the time the appeal was filed there was a pending motion for reconsideration. United Nat'l Ins. Co. v. R & D Latex Corp., 242 F.3d 1102, 1109 (9th Cir. 2001).

In this case, there was no motion for reconsideration pending when Plaintiff filed his notice of appeal. Rather, Plaintiff filed *a motion for leave to file* a motion for reconsideration, as required under Civil Local Rule 7-9. At the time Plaintiff filed his appeal, the Court had not granted Plaintiff's request for leave—and hence, no motion for reconsideration was on file. As such, the Court is without jurisdiction to consider

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's motion.  But even if jurisdiction were present, Plaintiff's motion is without merit, as it fails to satisfy the requirements of Local Rule 7-9.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a motion for reconsideration is DENIED.  This Order terminates ECF No. 64.

IT IS SO ORDERED.

Dated: October 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

 v.

WIG et al,

        Defendant.
_____/

Case Number: CV10-00072 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Federal Detention Center
5675 - 8th Street
Camp Parks
Dublin, CA 94568

Dated: October 4, 2010
                                    Richard W. Wieking, Clerk

                                           By: LISA R CLARK, Deputy Clerk