**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA,<br><br>      Plaintiff,<br><br>  v.<br><br>MANMOHAN K. WIG, WIG PROPERTIES, LLC, AND DOES 1-50,<br><br>      Defendants.<br>_____/ | No. C 10-00072 SBA (PR)<br><br>**ORDER TERMINATING PENDING MOTIONS AS MOOT; VACATING HEARING; AND DIRECTIONS TO CLERK** |

    This is a civil rights action that has been closed as of September 13, 2010.

    Before the Court are Plaintiff's motion to compel (docket no. 74) and motion to seal (docket no. 75). Because this case is closed, his motion is TERMINATED as moot. The Clerk of the Court is directed to send the documents attached to the motion to seal back to Plaintiff. Furthermore, the hearing noticed in this matter on Plaintiff's motions for January 4, 2011 at 1:00 p.m. is hereby VACATED.

    This Order terminates Docket nos. 74 and 75.

    IT IS SO ORDERED.

DATED: 12/9/10

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

  v.

WIG et al,

        Defendant.

Case Number: CV10-00072 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Federal Detention Center
5675 - 8th Street
Camp Parks
Dublin, CA 94568

Dated: December 13, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Bahtia0072.TermMOTS.wpd    2